■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. TERRY LAMANTIA, Admitted in 1988, at a Term of the Appellate Division, Second Department. [755 NYS2d 233] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL HOKE MCGEHEE, Admitted in 1985, at a Term of the Appellate Division, Third Department. [755 NYS2d 234] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. WILLIAM C. BASEDOW, Admitted in 1972, at a Term of the Appellate Division, Second Department. [755 NYS2d 234] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof, as indicated. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ.

■ In the Matter of DAVID L. RABIN (Admitted as DAVID LEONARD RABIN), a Suspended Attorney. [755 NYS2d 234] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof, as indicated. No opinion. Concur—Williams, P.J., Andrias, Sullivan, Ellerin and Wallach, JJ.